ORIGINAL

BRODIE, J.

BLOOM, M.J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

T-JAI MURPHY

-against-

NYPD OFFICER #1

NYPD OFFICER #2

NYPD OFFICER #3

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV18-5954
*(to be filled in by the Clerk's Office)*

Jury Trial Demanded: Yes

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

T-Jai Murphy

167-36 144th terr

Jamaica, NY 11434-5103

516 261 2263

t.jai.murphy@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

NYPD Officer # 1 (individual and official capacity)

Defendant No. 2

NYPD Officer #2 (individual and official capacity)

Defendant No. 3

NYPD Officer #3 (individual and official capacity)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. B Bringing suit against:

S State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Fourth, fifth, sixth, eigth, thirteenth and fourteeth amendments.

C. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendant acted as NYPD

## III. Statement of Claim

A. Where did the events giving rise to your claim(s) occur?

The corner of 147th Ave and 176th ST in Jamaica, New York.

B. What date and approximate time did the events giving rise to your claim(s) occur?

11pm on May 10, 2018

C. What are the facts underlying your claim(s)?

NYPD Officer #1, who was unidentifiable as a NYPD Officer, detained plaintiff without consent or probable cause and engaged in deceptive tactics to conduct a nonconsensual search of plaintiff's vehicle and person which resulted in the conversion of property and injuries.

NYPD Officer #2, who was unidentifiable as a NYPD Officer, detained plaintiff without consent or probable cause and engaged in deceptive tactics to conduct a nonconsensual search of plaintiff's vehicle and which resulted in the conversion of property and injuries.

NYPD Officer #3, detained plaintiff without probable cause and engaged in assaults, battery, excessive force and deceptive tactics to conduct a nonconsensual search of plaintiff's vehicle and which resulted in the conversion of property and injuries.

## IV. Injuries

Violation to rights, privileges and immunities secured by the constitution and its amendments, false arrest, false imprisonment, malicious prosecution, assault, battery, and conversion of property.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Grant judgement in plaintiffs favor awarding $100,000 actual damages, $400,000 punitive damages and a nominal damage. The basis of the claim is the violation to rights, privileges and immunities secured by the constitution and its amendments, false arrest, false imprisonment, malicious prosecution, assault, battery, and conversion of property.

## VI. Exhibits

A. Fraudulent traffic ticket declaring defective headlights
B. NYPD Officer verifying no defective headlight exists
C. Fraudulent criminal court ticket
D. Certificate of disposition dismissing criminal court ticket

## VII. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October ~~22~~ 23, 2018.

Signature of Plaintiff [signature]

Printed Name of Plaintiff: T-Jai Murphy__________ __________________

Exhibit A

New York State - Department of Motor Vehicles
TRAFFIC TICKET

ABD6Ø53854

POLICE AGENCY

LAST NAME | FIRST NAME | M.I. | LOCAL POLICE CODE

NUMBER & STREET ADDRESS | APT. NO. | PHOTO LIC SHOWN

CITY | STATE | ZIP CODE | OWNER IS OPER. | LIC CLASS/ID TYPE

I. D. NUMBER | SEX | DATE OF BIRTH (MMDDYY)

STATE | LICENSE EXPIRES (MMDDYY) | VEH. TYPE | VEH. YR. | VEH. MAKE | VEH. COLOR

PLATE # | REG. STATE | REGISTRATION EXPIRES (MMDDYY)

THE PERSON DESCRIBED ABOVE IS CHARGED AS FOLLOWS

TIME (24hour HHMM) | DATE OF OFFENSE (MMDDYY) | VTL | TRAFF RULES | ADMIN CODE | PR/OPL | ECL

NAV LAW | TAX LAW | TRANS LAW | NYCRR TITLE

IN VIOLATION OF: (SECTION AND SUBDIVISION) | TR INF | MISD

OTHER LAW

DESCRIPTION / NARRATIVE | MPH | IN MPH ZONE

CDL VEH | BUS | HAZ MAT

US DOT#

PLACE OF OCCURRENCE | HWY # | LOCATION CODE

HWY TYPE | NCIC

IN THE City Town Village

OF: | COUNTY OF: | PRECINCT:

COMPLAINANT SIGN AND PRINT NAME/RANK Affirmed under penalty of perjury.

RADAR OPERATOR NAME (Print)

DATE AFFIRMED | ARREST TYPE | OFFICER ID # | OFFICER'S COMMAND

TRAFFIC VIOLATIONS BUREAU HEARING OFFICES (718) 488-5710

TRAFF. VIOL. BUREAU IN:

Bronx - 695 East Fordham Road *
Brooklyn, S. - 2875 W. 8th Street *
Brooklyn, N. - Atlantic Ctr Mall (2nd Floor) 625 Atlantic Ave *
Manhattan, S. - 2 Washington St. (5th Floor)*
Manhattan, N. - 159 East 125th Street (3rd Floor) *
Queens, N. - 30-56 Whitestone Expwy *
Queens, S. - 168-35 Rockaway Blvd *
Rochester - 15 S. Main Street (5th Floor)
Staten Island - 1775 South Avenue *

Business Hours: Monday - Friday 8:30AM - 4:00PM * Also Thursday 4:00PM - 6:00PM

YOU MUST ANSWER THIS TICKET WITHIN 15 DAYS OF THE DATE OF OFFENSE. TO ANSWER ON-LINE AT DMV.NY.GOV/EPLEAD.HTM OR BY MAIL, FOLLOW THE INSTRUCTIONS ON THE OTHER SIDE.

FAILURE TO ANSWER WILL RESULT IN THE SUSPENSION OF YOUR LICENSE AND A DEFAULT JUDGMENT AGAINST YOU.

**MOTORIST COPY-TRAFFIC VIOLATIONS BUREAU**

ABD6Ø53854

UT-60 (10/15)

TE 255 (01/03)

**State of New York**
**Department of Transportation**

**STATEMENT OF CORRECTION FOR EQUIPMENT DEFECT**
**New York State Transportation Law (Sections 14F or 140)**

If a summons is issued for an equipment defect in violation of NYSTL section 14F (except for any out-of-service violation) or section 140 (except for a violation involving an out-of-service defect relating to(i) load securement, (ii) brake systems, (iii) steering components and/or (iv) coupling devices or except for (v) a violation involving the operation of any motor vehicle after it has been placed out-of-service), such summons shall be dismissed by the court before the return date if the violation set forth in the summons is corrected not later than one-half hour after sunset on the first full business day, or if such complaint involves a farm plate vehicle, not later than one-half hour after sunset on the third full business day after the issuance of the summons and proof of such correction as set forth below is submitted to the court. For the purposes of this section "business day" shall mean any calendar day except Sunday, or the following business holidays: New Year's Day, Washington's Birthday, Memorial Day, Independence Day, Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day and Christmas Day.

Acceptable proof of repair or adjustment shall consist of a submission to the court on or before the return date of the summons of: (i) a statement of correction from an officially designated state inspection station duly executed by the person performing or making such inspection and bearing the official stamp of the state inspection station; (ii) a statement of correction from an automobile repair shop on the letterhead of such repair shop duly executed by the person who made the correction or (iii) a signed statement of any police officer or a department inspector that the necessary corrections have been made. The statement required by this paragraph shall be directed to the court having jurisdiction of the alleged violation, shall be affirmed as true under penalty of perjury, and shall include the name, occupation and position of the person making the statement, the time and date that the repairs or inspection were made and a statement that the defective equipment, cited in the violation, on the vehicle in question, is in proper working order.

The following may be used by inspection stations, police officers and NYSDOT inspectors:

I PO Klepadlo (Name), Police Officer (Position/Occupation),

Police Dept. (Inspection Station, Police Dept. or NYSDOT Region), affirm under penalty of perjury that on

05/11/18 (Date), 14:50 (Time) am/pm I inspected and/or repaired * the: 37520 / (cited equipment)
(* delete if not applicable)

Of a 2017 (Year), Ford (Make of Vehicle), VHWD3606 (Plate Number) ________ (cited equipment) ________ (cited equipment)

and that at such time the defective equipment cited in the summons or information affirmed under penalty of perjury on the vehicle in question, is in proper working order.

X PO [signature] Date: 05/11/18

Place inspection station stamp or signature of police officer or NYSDOT inspector above. Repair shops which are not licensed inspection stations must use business stationary).

Exhibit B

Exhibit C

CRC-3206 (12/16)

# Criminal Court Appearance Ticket

4439358730

Name (Last, First, MI)

Date of Birth (mm/dd/yy)

Street Address

Apt. No.

City

State

Zip Code

Cell Phone Number (where court may contact you)

Home Phone Number (where court may contact you)

**Show up to court on:** at: 9:30 a.m.

Court Appearance Date (mm/dd/yy)

**Your court appearance location:** ○ Other (specify)

○ Bronx Criminal Court ○ Kings & New York Criminal Court ○ Midtown Community Court ○ Redhook Community Justice Center ○ Queens Criminal Court ○ Richmond Criminal Court

**Court Locations: You must appear at the court location identified above.**

Bronx Criminal Court ........ 215 E 161st Street, Bronx, NY 10451

Kings & New York Criminal Court ........ 1 Centre Street, New York, NY 10007

Redhook Community Justice Center ........ 88-94 Visitation Place, Brooklyn, NY 11231

Midtown Community Court ........ 314 W 54th Street, New York, NY 10019

Queens Criminal Court ........ 120-55 Queens Boulevard, Kew Gardens, NY 11415

Richmond Criminal Court ........ 26 Central Ave, Staten Island, NY 10301

**You are Charged as Follows:**

**Title of Offense:**

Time 24 Hour (hh:mm)

Date of Offense (mm/dd/yy)

County

Place of Occurrence

Precinct

In Violation of Section

Subsection

VTL ☐ Admin Code ☐ Penal Law ☐ Park Rules ☐ Other

****To avoid a warrant for your arrest, you must show up to court.****

**At court, you may plead guilty or not guilty.**

Please see back for exceptions for Public Consumption of Alcohol and Public Urination offenses.

For Additional Information and Questions:

Visit the website or call the number below for additional information about your court appearance and translation of this document.

www.mysummons.nyc OR Call 646-760-3010

Defendant stated in my presence (in substance):

I personally observed the commission of the offense charged herein. False statements made herein are punishable as a Class A Misdemeanor pursuant to section 210.45 of the Penal Law. Affirmed under penalty of law.

Complainant's Full Name Printed

Rank/Full Signature of Complainant

Date Affirmed (mm/dd/yy)

Tax Registry #

Agency

Command Code

**DEFENDANT'S COPY**

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CERTIFICATE OF DISPOSITION
NUMBER: 23435

THE PEOPLE OF THE STATE OF NEW YORK
VS.

**NO FEE**

**MURPHY, TJAI**
DEFENDANT

**04/25/1989**
DATE OF BIRTH

**16736 144TH TER**
ADDRESS

| **JAMAICA** | **NY** | **11434-5103** |
|---|---|---|
| CITY | STATE | ZIP |

**05/10/2018**
ISSUE DATE

DOCKET NUMBER: **2018SQ012613**

SUMMONS NUMBER: **4439358730**

**PL 221.05 00 0V**
ARRAIGNMENT CHARGES

CASE DISPOSITION INFORMATION:

| DATE | COURT ACTION | JUDGE | PART |
|---|---|---|---|
| **07/26/2018** | **DISMISSED** | **GERSHUNY,J** | **AP5** |

I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN THIS COURT.

R. Snyder CHA
COURT OFFICIAL SIGNATURE AND SEAL

**10/22/2018**
DATE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

Exhibit D

ORIGINAL

T-Jai Murphy

167-36 144th Terr

Jamaica, NY 11434

516 261 2263

t.jai.murphy@gmail.com

To: Pro Se Office

United states district court

Eastern district of New York

225 Cadman Plaza East

Brooklyn, NY 11201

RECEIVED
OCT 23 2018
PRO SE OFFICE

Dear Pro Se Office,

I have annexed to this cover letter a poor person application, a section 1983 complaint and exhibits A thru D for filing. Would you please file these documents in accord with the rules of this court?

Sincerely,

T-Jai Murphy –Plaintiff